<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

**WESTERN DISTRICT OF TEXAS**

Case number (if known): _____  Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/16**

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **BRM Home Health, PLLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

3. **Debtor's federal Employer Identification Number (EIN)**

7  1 – 0  9  7  5  0  2  8

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2900 Mossrock, Suite 370** | **1514 S 77 Sunshine Strip** |
| Number    Street | Number    Street |
| | **Suite 24** |
| | P.O. Box |
| **San Antonio**    **TX**    **78230** | **Harlingen**    **TX**    **78550** |
| City    State    ZIP Code | City    State    ZIP Code |
| **Bexar** | Location of principal assets, if different from principal place of business |
| County | |
| | Number    Street |
| | City    State    ZIP Code |

5. **Debtor's website (URL)**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other.  Specify: _____

Debtor  **BRM Home Health, PLLC** _____  Case number (if known) _____

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | *A. Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

<u>  8  </u>  <u>  1  </u>  <u>  2  </u>  <u>  1  </u>

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11.  *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____ When _____ Case number _____
                                                            MM / DD / YYYY

District _____ When _____ Case number _____
                                                            MM / DD / YYYY

District _____ When _____ Case number _____
                                                            MM / DD / YYYY

Debtor  **BRM Home Health, PLLC** _____  Case number (if known) _____

| | |
|---|---|
| **10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☑ No |
| | ☐ Yes. |

List all cases.  If more than 1, attach a separate list.

Debtor _____  Relationship _____

District _____  When _____

Case number, if known _____  MM / DD / YYYY

Debtor _____  Relationship _____

District _____  When _____

Case number, if known _____  MM / DD / YYYY

**11.** **Why is the case filed in _this district_?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number       Street

_____

City _____  State _____  ZIP Code _____

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

## Statistical and adminstrative information

**13.** **Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Debtor  **BRM Home Health, PLLC**                                Case number (if known)

| | | | | | |
|---|---|---|---|---|---|
| **14.** | **Estimated number of creditors** | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 | |
| | | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 | |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 | |
| | | ☑ 200-999 | | | |

| | | | | |
|---|---|---|---|---|
| **15.** | **Estimated assets** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| | | | | |
|---|---|---|---|---|
| **16.** | **Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17.  Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **03/28/2018**
MM / DD / YYYY

X **/s/ Rodney Mesquias**                          **Rodney Mesquias**
Signature of authorized representative of debtor      Printed name

Title **Manager**

**18.  Signature of attorney**

X **/s/ Thomas Rice**                          Date **03/28/2018**
Signature of attorney for debtor                   MM / DD / YYYY

**Thomas Rice**
Printed name

**Pulman, Cappuccio, Pullen, Benson & Jones, LLP**
Firm name

**2161 NW Military Highway**
Number        Street

**Suite 400**

**San Antonio**                          **TX**       **78213**
City                                  State      ZIP Code

**(210) 222-9494**                          **trice@pulmanlaw.com**
Contact phone                              Email address

**24025613**                          **TX**
Bar number                            State

## RESOLUTION BY SOLE MEMBER OF BRM HOME HEALTH, PLLC

The undersigned, being the Sole Member of BRM Home Health, PLLC ("BRM"), a professional limited liability company existing under and by virtue of the laws of the State of Texas, hereby authorizes, approves, consents to, and adopts the following resolutions:

**WHEREAS**, management of BRM has had the opportunity to fully consider each of the strategic alternatives available to BRM; and

**WHEREAS**, in the judgment of management, it is desirable and in the best interest of BRM, its creditors, and other interested parties that a petition be filed on behalf of BRM seeking relief under the provisions of chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"); and

**NOW, THEREFORE, BE IT**

**RESOLVED** that Rodney Mesquias (the "Designated Manager") of BRM, acting alone or with one or more Designated Managers is hereby authorized, directed and empowered, on behalf of and in the name of BRM, to execute and verify a petition in the name of BRM under chapter 11 of the Bankruptcy Code ("Chapter 11") and to cause the same to be filed in the United States Bankruptcy Court for the Western District of Texas, San Antonio Division, in such form and at such time as the Designated Managers executing said petition shall determine; and be it

**RESOLVED FURTHER**, that the Designated Managers, or any one of them be and each hereby is, further authorized, directed, and empowered to file all petitions, schedules, lists and other motions, papers or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operations of BRM; and be it

**RESOLVED FURTHER**, that the Designated Managers, or anyone of them be and each hereby is, authorized, directed and empowered on behalf of and in the name of BRM to employ

and retain the law firm of Pulman, Cappuccio, Pullen, Benson & Jones, LLP ("PCPBJ"), as general restructuring counsel for BRM in the Chapter 11 case to represent and assist BRM in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the rights and obligations of BRM, including filing pleadings; and in connection therewith, the Designated Managers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the Chapter 11 case and cause to be filed an appropriate application for authority to retain the services of PCPBJ; and be it

**RESOLVED FURTHER**, that BRM, as debtor and debtor-in-possession under chapter 11 of the Bankruptcy Code, be and it hereby is, authorized and directed to obtain the use of cash collateral, in such amounts and on such terms as may be agreed upon by a Designated Manager, including the grant of replacement liens, as is reasonably necessary for the conduct of the affairs of BRM; and be it

**RESOLVED FURTHER**, that in addition to the specific authorizations hereto conferred upon the Designated Managers of BRM or their designees, shall be, and each of them, acting alone, hereby is, authorized, directed and empowered, in the name of, and on behalf of, BRM, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments and other documents and to pay all expenses, including filing fees, in each case as shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and be it

**RESOLVED FURTHER**, that all acts lawfully done or actions lawfully taken by any of the Designated Managers of BRM or by PCPBJ to seek relief on behalf of BRM under Chapter 11 or in connection with the Chapter 11 bankruptcy case, or any matter related thereto, be and hereby are adopted, ratified, confirmed and approved in all respects as the acts and deeds of BRM; and be it

**RESOLVED FURTHER**, that the Designated Managers be, and each of them hereby is, authorized and empowered, with full power of delegations, for and in the name and on behalf of BRM to amend, supplement or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements, or other writings referred to in the foregoing resolutions.

**IN WITNESS WHEREOF**, this *Resolution by Sole Member of BRM Home Health, PLLC* is executed as of this 28th day of March, 2018.

**BRM HOME HEALTH, PLLC,**
a Texas professional limited liability company

By: _____

Name:  Rodney Mesquias
Its:  Sole Member

**Fill in this information to identify the case:**

Debtor name **BRM Home Health, PLLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Internal Revenue Service Centralized Insolvency Office P.O. Box 7346 Philadelphia, PA 19101-7346 | | 941 Taxes | | $2,865,721.82 | $200,000.00 | $2,665,721.82 |
| 2 | Humana Medical P.O. Box 3024 Milwaukee, WI 53201-3024 | | | | | | $51,229.28 |
| 3 | Texas Workforce Commission P.O. Box 149037 Austin, Texas 78714-9037 | | Taxes | | | | $45,826.25 |
| 4 | CIT ATTN: Lockbox #21146 131 S. Dearborn, 6th Floor Chicago, IL 60603 | | | | | | $38,443.03 |
| 5 | Blue Sky Abilities P.O. Box 151173 Austin, TX 78715 | | | | | | $36,291.92 |

| Debtor | **BRM Home Health, PLLC** | Case number (if known) |
|---|---|---|
| | Name | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 Starmark 400 Field Drive Lake Forest, IL 60045-2581 | | | | | | $34,126.83 |
| 7 Bay Bridge Administrators, LLC P.O. BOX 161690 Austin, TX 78716 | | | | | | $22,142.63 |
| 8 Dr. Jose E. Igoa 3600 N 23rd St #103 McAllen, TX 78501 | | | | | | $15,000.00 |
| 9 Brightree Home Health and Hospice P.O. Box 101233 Atlanta, GA 30392-1233 | | | | | | $14,896.42 |
| 10 Humana Supplemental P.O.Box 3024 Milwaukee, WI 53201-3024 | | | | | | $14,388.68 |
| 11 Community Health and Wellness, LLC 1 Chisholm Trail Ste. # 325 Round Rock, TX 78681 | | | | | | $12,732.76 |
| 12 Allstate Insurance P.O. Box 4344 Carol Stream, IL 60197-4344 | | | | | | $10,815.53 |
| 13 Moreno Physical Therapy 3632 Josefina Dr Laredo, TX 78041 | | | | | | $10,650.00 |

| Debtor | **BRM Home Health, PLLC** | Case number (if known) _____ |
|---|---|---|
| | Name | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 | AT&T Mobility Business P.O. Box 6463 Carol Stream, IL 60197-6463 | | | | | | $8,813.68 |
| 15 | Ricoh USA, Inc. P.O. Box 660342 Dallas, TX 75266 | | | | | | $8,631.06 |
| 16 | Rio Rehab 5346 E US Highway 83 Unit 2 Bldg A Rio Grande City, TX 78582 | | | | | | $8,440.00 |
| 17 | CDW LLC 200 N Milwaukee Avenue Vernon Hills, IL 60061 | | | | | | $6,843.60 |
| 18 | Dr. Rigoberto Marin 864 Central Blvd. Brownsville, TX 78520 | | | | | | $5,000.00 |
| 19 | Concur Technologies, Inc. 62157 Collections Center Drive Chicago, IL 60693 | | | | | | $4,524.55 |
| 20 | Stericycle, Inc. . P.O. Box 6575 Carol Stream, IL 60197-6575 | | | | | | $3,304.11 |

```
4 Change Energy
P.O. BOX 660361
Dallas, TX 75266



4444 Corona, LLC
 c/o Corpus Christi Realty Management, I
P.O. Box 81281
Corpus Christi, TX 78468-1281



5 Star Therapy, PLLC
d/b/a  Superstar Home Therapy
6550 Springfield Ave, Suite #101
Laredo, TX 78041-6712



550 Toll Municipal Services Bureau
CCRMA Processing
P.O. Box 16777
Austin, TX 78761-6777



Ability Homecare, Inc.
10609 IH West; Suite 105
San Antonio, TX 78230-1673



Ability Network, Inc.
Dept CH 16577
Palatine, IL 60055-6577



Acadian On Call
ll P.O. Box 91430
Lafayette, LA 70509-1430



Access Mobility
4531 Ayers #304
Corpus Christi, TX 78415-1417



Accion DME
950 Dr. A K Mittal Drive
Eagle Pass, TX 78852-3302
```

ACE Cash Express
 1231 Greenway Drive, Ste 600
Irving, TX 75038


Advance EMS, LTD.
P.O. Box 868
Bellaire, TX 77402


Airtech
P.O. Box 3959
South Padre Island, TX 78597


Alamo Mobility, Inc.
6473 DeZavala Rd.
San Antonio, TX 78249


Alamo Sign Solutions, LLC.
13106 Lookout Run, Suite A
San Antonio, TX 78249


Alice Pest Control, Inc.
101 N. Flournoy Rd
Alice, TX 78332


All State Fire Extinguishers
P.O. Box 250
Harlingen, TX 78550


All Valley Key & Lock'
213 North 1st
Harlingen, TX 78550


Allegra Print & Imaging
1801 S 77 Sunshine Strip
Harlingen, TX 78550

Allpayer Exchange
10080 W. Alta Street Suite 200
Las Vegas, NV 89145


Allscripts LLC
24630 Network Place
Chicago, IL 60673-1246


Allstate Insurance
P.O. Box 4344
Carol Stream, IL 60197-4344


Alta Vista Rehab
510 Paredes Line Rd.
Brownsville, TX 78521


American Express
P.O. Box 650448
Dallas, TX 75265-0448


American Heritage Life Insurance Co.
P.O. Box 650514
Dallas, TX 75265-0514


American Solutions For Business
8479 Solution Center
Chicago, IL 60677-8004


Amerita Inc EP
7338 Remcon Circle
El Paso, TX 79912-1637


Andi's Therapeutic Massage
205 Sequoia Drive
San Antonio, TX 78232

Apex Foot Health
414 Alfred Ave
Teaneck, NJ 7666


Arccaa Management
2941 Mossrock, Ste 207
San Antonio, TX 78230


Art's Medical Equipment
1200 W. P.O.lk Ave Suite E
Pharr, TX 78577


Ascencion Rehab Services, LLC
14019 Southwest Fwy Suite 301-387
Sugarland, TX 77478


Assocation of Professional Chaplains
2800 W Higgins Rd., Suite 295
Hoffman Estates, IL 60169


Assurance Fire Protection, LLC
10041 Carnegie Ave
El Paso, TX 79925


Assurant Employee Benefits
P.O Box 807009
Kansas City, MO 64184-7009


Assured Benefits
4855 N.Mesa Suite 130
El Paso, TX 79912


AT&T
P.O. BOX 105414
Atlanta, GA 30348-5414

AT&T (Laredo)
P.O. Box 5001
Carol Stream, IL 60197-5001


AT&T Mobility Business
P.O. Box 6463
Carol Stream, IL 60197-6463


AT&T U-verse
P.O. Box 5014
Carol Stream, IL 60197-5014


Attorney General of US
US Dept of Justice
950 Pennsylvania Ave,NW
Washington, DC 20530-0001


Autrey Pharmacy
1205 Central Blvd,
Brownsville, TX 78520


Axxon Services, Inc.
352 Spencer Ln
San Antonio, TX 78201


Back to Action, Inc.
P.O. Box 532127
Harlingen, TX 78553-2127


Bandera Dental Care
Henry H. Chu, D. D. S and Associates
11309 Bandera Road, Suite 101
San Antonio, TX 78250


Bandera Family Health Care
P.O. Box 268945
Oklahoma City, OK 73126

Bandwidth.com, Inc.
Dept. 6647 350 N. Orleans Street, FL 8
Chicago, IL 60654-1529


Bay Area Regional Medical Center
200 Blossom St,
Webster, TX 77598


Bay Bridge Administrators, LLC
P.O. BOX 161690
Austin, TX 78716


BBVA Compass Bank
15 South 20th Street
Birmingham, TX 35233


BCBS Texas
P.O. Box 731428
Dallas, TX 75373


Bertha A. Alferez, LMT
5512 Pembroke Ln
El Paso, TX 79924


Blue Cross Blue Shield of Texas
1001 E Lookout Dr.
Richardson, TX 75082


Blue Sky Abilities
P.O. Box 151173
Austin, TX 78715


Board of Chaplaincy Certification, Inc.
 2800 W. Higgins Rd., Suite 295
Hoffman Estates, IL 60169

Brays Oak Towers II
10101 Fondren Suite 460
Houston, TX 77096


Brightree Home Health and Hospice
P.O. Box 101233
Atlanta, GA 30392-1233


Brightree, LLC
1735 North Brown Road Suite 500
Lawrenceville, GA 30043


BrightStar Care
615 A Gale St
Laredo, TX 78041


C.A.D. Services
1315 Del Rio Blvd
Eagle Pass, TX 78852


C.I. Anderson Jr. MD, PA
dba  Valley Day and Night Clinic
P.O. Box 1029
Olmito, TX 78575


Casa Medical Equipment & Supplies
7500 N. Mesa, Suite #217
El Paso, TX 79912


CC Regional Transportation Authority
602 N Staples St
Corpus Christi, TX 78401


CCRMA
P.O. Box 16777
Austin, TX 78761-6777

CDW LLC
200 N Milwaukee Avenue
Vernon Hills, IL 60061


Center for Medicare / Medicaid
200 Independence Ave SW
Washington DC  20201


CHAP
1275 K Stree, NW Suite 800
Washington, DC 20005


Charles M Erlandson III
2408 Murlands Dr
Austin, TX 78744


Chatterbox Speech Therapy
P.O. Box 440826
Laredo, TX 78044-0826


Chax
10624 S. Eastern Ave.
Henderson, NV 89052


Chrysler Capital
P. O. Box 660335
Dallas, TX 75266-0335


Cindy Boudloche Trustee
P.O. Box 703
Memphis, TN 38101-0703


Cirro Energy
c/o U.S. Retailers, LLC
P.O. BOX 660004
Dallas, TX 75266-0004

CIT
ATTN: Lockbox #21146
131 S. Dearborn, 6th Floor
Chicago, IL 60603


City of Harlingen and Harlingen CISD
P.O. Box 2643
609 N. 77 Sunshine Strip
Harlingen, TX 78551


City of Harlingen PD
1018 Fair Park Blvd.
Harlingen, TX 78550


Comcast Business
P. O. Box 660618
Dallas, TX 75266-0618


Community Health and Wellness, LLC
1 Chisholm Trail Ste. #325
Round Rock, TX 78681


Community Reference Laboratory @ VBMC
P.O. Box 2918
Harlingen, TX 78551


Complete Therapies, LLC
3941 Legacy Dr. Ste. 204-B202
Plano, TX 75023


CompToday
P.O. Box 27887
Salt Lake City, UT 84127


Concur Technologies, Inc.
62157 Collections Center Drive
Chicago, IL 60693

CPS Energy
P.O. Box 2678
San Antonio, TX 78289-0001


CRK Mini Storage Rentals
Raul A Trevino
478 Main St.
Eagle Pass, TX 78852


Curaspan Health Group, Inc.
Riverside Center, Suite 1-110
275 Grove Street
Newton, MA 02466-2275


Currey Adkins
100 South Alto Mesa
El Paso, TX 79912


D.A. Clift & Associates
 7380 S. Eastern Avenue, #124-131
Las Vegas, NV 89123


Dahill
P.O. Box 314
San Antonio, TX 78292-0314


Dale & Klein L.L.P.
1100 E Jasmine Ave Ste 202
McAllen, TX 78501


Dalton Medical Corp.
1435 Bradley Ln, STE 100
Carrolton, TX 75007


DataSource
P.O. Box 660919
Dallas, TX 75266

David C Gray D.M.D., P.A.
4336 N McColl Rd
McAllen, TX 78504


David E. Ferrell DDS, Inc.
11125 La Quinta PL, Suite D
El Paso, TX 79936


DBB Holdings, Inc., A Nevada Corporation
c/o Sonny Brown Associates, LLC
200 Bartlett Dr., Suite 105
El Paso, TX 79912


Decision Health/Home Health Line
P.O. Box 9405
Gaithersburg, MD 20898-9405


Del Rio Highway Center, LP
478 Main St
Eagle Pass, TX 78852


Del Rio News-Herald
2205 North Bedell Ave
Del Rio, TX 78840


Dennis P. Goehring D.D.S., P.A.
4407 Manchaca Rd
Austin, TX 78745


Dental Select
5373 South Green Street 4th Floor
Salt Lake City, UT 84123


Direct Anchor Rehabilitation Svcs, Inc..
2217 Blodgett
Houston, TX 77004

Distinctive Drafting and Design LLC
2312 S Exp 83 Suite B
Harlingen, TX 78552


Dominguez Family Ltd
3150 International Blvd
Brownsville, TX 78521


Donna Bills Massage
P.O. BOX 355
Manchaca, TX 78652


Dr. Jose E. Igoa
3600 N 23rd St #103
McAllen, TX 78501


Dr. Marco A. Vega
1117 N. Stuart Place Rd Suite 103
Harlingen, TX 78552


Dr. Rigoberto Marin
864 Central Blvd.
Brownsville, TX 78520


Drenner Group
200 Lee Barton Dr.
Austin, TX 78704


DSRM National Bank
7201 Canyon Dr.
Amarillo, TX 79110-4339


Dynamic Therapy
6201 S Cage Blvd
Pharr, TX 78577

EFAX Services
6922 Hollywood Blvd
Los Angeles, CA 90028-6117


EK Onkar PLLC
2284 P.O.rtofino Blvd
Brownsville, TX 78526


El Paso Electric
P.O. BOX 650801
Dallas, TX 75265-0801


El Paso Vinton Diagnostic, PA
7930 Doniphan Dr
Vinton, TX 78921-7613


El Rancho Adult Day Care
 2715 S Jackson Rd,
Pharr, TX 78577


Electronic Management Services, Inc
dba EMS Healthcare Informatics
P.O. Box 275
Clarence, NY 14031


Emdeon Business Services
P.O. Box 572490
Murray, UT 84157-2490


Encarnacion Lopez Jr. LMSW/AP
896 Rita
San Benito, TX 78586


Enterprise Fire & Safety, LLC
1386 Industrial Drive, #115
New Braunfels, TX 78130

Errol Manly
8515 Echo Creek Lane
San Antonio, TX 78240


ETC HR LLC
14607 San Pedro, Suite 155
San Antonio, TX 78232


Eutiquio M. Elizondo Jr., DDS, PC
100 East Ebony Lane
Edinburg, TX 78539


Ford Credit'
P.O. Box 650575
Dallas, TX 75265-0575


Foundation Management Services
2800 Shoreline Dr #300
Denton, TX 76210


Fry's Prescription Pharmacy
311 N Sam Houston
San Benito, TX 78586


George Yzaguirre DDS PA
729 Everhart
Corpus Christi, TX 78411


GM Financial
Attn: Payment Processing
P.O. Box 99605
Arlington, TX 76096-9605


Goliad Dental Care, P.A.
Daniel N. Garza, D.D.S.
P.O. Box 1480
317 S. Market St
Goliad, TX 77963

Gonzaba Medical Group
P.O. Box 843816
Dallas, TX 75284-3816


Granite Software, Inc.
P.O. Box 1491
Parker, CO 80134


Greater Austin Transportation Company
10630 Joseph Clayton Dr. Building A
Austin, TX 78753


Greatland Corporation
2480 Walker Ave NW
Grand Rapids, MI 49544


Greenpoint Investors LTD
9545 Katy Frwy Suite 450
Houston, TX 77024


Guardian eHealth Solutions Inc
3825 N.10th Street, Suite A
McAllen, TX 78501


Gulf Coast Paper Co.
Gulf Coast Paper Co P.O. Box 4227
Victoria, TX 77903-4227


Harlingen Tax Office - Aurora Lozano
P.O. Box 2643
Harlingen, TX 78551-2643


Healing Touch Rehab Consultants
11199 Pellicano Dr. Ste. A
El Paso, TX 79935

Healing With Horses Ranch
Patty D'Andrea
10014 FM 973
Manor, TX 78653


Health Care Service Corporation
P.O. Box 731428
Dallas, TX 75373


HealthCare ConsultLink
P.O. Box 164729
4600 Mark IV Pkwy.-#164729
Fort Worth, TX 76161


Hino Electric
P.O. Box 2307
Harlingen, TX 78551


Hinojosa Medical & Supply
2310 N Expressway STE B2B
Brownsville, TX 78520


Holistic Healthcare Services, LLC
P.O. Box 6974
Round Rock, TX 79693


Hollywood Park Dental
400 North Loop 1604 East Suite 320
San Antonio, TX 78232


Home Care Information Network
114 S. Ankeny Blvd, Ste 2
Ankeny, IA 50023-3137


Home Team Inspection Service
1150 N Loop 1604 W STE 108-481
San Antonio, TX 78248

HomeCare Accounting Solutions
716 Newman Springs Rd Ste 213
Lincroft, NJ 7738


HomeCare HomeBase
6688 N. Central Expressway Suite 800
Dallas, TX 75206


Homeline Medical, Inc.
14906 Collections Center Dr.
Chicago, IL 60693


Hoofbeats Academy
19949 Blake Manor Road
Manor, TX 78653


Hospice Med
1601 Cherry St. #1800
Philadelphia, PA 19102


Houston Occupational Therapy, PLLC
P.O. BOX 820128
Houston, TX 77282


Humana Medical
P.O. Box 3024
Milwaukee, WI 53201-3024


Humana Supplemental
P.O.Box 3024
Milwaukee, WI 53201-3024


Ideal Medical Services
8104 W. Exp. 83-Ste. A & B
Mission, TX 78572

Imagine Therapies, LLC
 17806 IH 10, Suite 300
San Antonio, TX 78257


Internal Revenue Service
Centralized Insolvency Office
P.O. Box 7346
Philadelphia, PA 19101-7346


IPFS Corp.
P.O. Box 730223
Dallas, TX 75373-0223


Jorge Payan
6612 Malachite Ct
El Paso, TX 79924


Justin Ross Ramirez, LMT
7606 Sunset Lane
Lyford, TX 78569


Kingsville Home Rehab Services, Inc.
P.O. Box 1205
Kingsville, TX 78363


Kinnser Software
 2600 Via Fortuna Drive, Ste 150
Austin, TX 78746


Lab Corp
358 S Main St,
Burlington, NC 27215


Land Rover Financial Group
P.O. Box 78069
Phoenix, AZ 85062-8069

Laredo Horizons Development Corp.
1802 S. Zapata Hwy Suite #1
Laredo, TX 78046


Laredo Kids Advanced Therapy, Inc.
 4609 San Dario Ave., Suite 9
Laredo, TX 78041


Law Office of Preston Henrichson, P.C.
222 West Cano
Edinburg, TX 78539


Laying Hands Massage Therapy
301 West Griffin Parkway Suite 10
Mission, TX 78572


Lee's Pharmacy
 5120 N 10th St,
McAllen, TX 78501


Liberty DME, LLC
1708 W. Mozelle St.
Pharr, TX 78577


Liberty Power
25901 Network Place
Chicago, IL 60673-1259


Lincoln National Life Insurance
P.O. Box 0821
Carol Stream, IL 60132-0821


Lite Holding LL DBA RGV + Beyond Arts &
1901 Pease Street
Harlingen, TX 78550

Lone Star Overnight
P.O. Box 149225
Austin, TX 78714-9225


Lone Star Shredding & Document Storage
1970 W. Expressway 83
Mercedes, TX 78570


Lora Limones, LMT
6342 Vincent Dr.
Corpus Christi, TX 78412


Magic ValleyElectric CO-OP
P.O. Box 267
Mercedes, TX 78570-0267


Main Street-Santa Ana, LLC
7380 S. Eastern Ave #124-131
Las Vegas, NV 89123


Mary Navarrete, L.M.T.
2804 Sinking Rock Place
El Paso, TX 79938


Massage by Mauro
Mauro Hernandez 10505 S. IH-35, #236
Austin, TX 78747


Massage Masters
119 W. Newcombe Ave
Pharr, TX 78577


Maverick County-Tax Office
370 North Monroe
Eagle Pass, TX 78852

Max Cash Express
1167 E FM 468
Cotulla, TX 78014


Med Time Pharmacy
641 N Resler
El Paso, Tx 79912


Medical Wholesale, Inc.
1211 Arion Pkwy. Suite 118
San Antonio, TX 78216


Medicare Part A
C/O Palmetto GBA, LLC
P.O. Box 100277
Columbia, SC 29202-3277


MediForce LLC
501 N Ed Carey Dr. Ste A
Harlingen, TX 78550


Medline
1401 Universal Ave,
Kansas City, MO 64120


MedPass Inc
L-3495
Columbus, OH 43260-001


Mercy Surgical Dressing Group, Inc
4 Zesta Drive
Pittsburge, PA 15205


Meridian Medical Ostomy Supply Inc
1815 Montana Ave
El Paso, TX 79902

Miguel A. Felix, LMT
1297 Morgan Marie
El Paso, TX 79936


Milestones Rehab Services
611 N Virginia St.
El Paso, TX 79902


MLB Therapy Services, PC
7970 Fredricksburg Rd Suite 101-708
San Antonio, TX 78229


Montseanny Investments, LT
6010 McPherson, Ste 130
Laredo, TX 78041


MoreDirect
P.O. Box 347331
Pittsburgh, PA 15250-4331


Moreno Physical Therapy
3632 Josefina Dr
Laredo, TX 78041


Motion 3 Rehab, LLC
 835 West Price Road,  Ste. 7
Brownsville, TX 78520


Muniz Rio Grande Pharmacy
1117 S Commerce Harlingen, TX 78550
Harlingen, TX 78550


Music Therapy Innovations, Inc.
2605 Jones Rd. Suite 102
Austin, TX 78745

Music Therapy Specialized Services
Stephen L. King, MT-BC
309 Mitchell Dr.
Hutto, TX 78634


Music Therapy Works
3351 Deer Creek Street
San Antonio, TX 78230


National HME
7451 Airport Freeway
Richland Hills, TX 76118


Occupational Health Centers of the SW, P
P.O. Box 9005
Addison, TX 75001-9005


Ochoa's Pharmacy
1002 S. 10th Ave A
Edinburg, TX 78539-5514


Office Depot Credit Plan
Dept 56-8404575714
P.O. BOX 689020
Des Moines, IA 50368-9020


Ohio Child Suport Payment Center
80 E Fulton St,
Columbus, OH 43215


Oklahoma Centralized Support Registry
P.O. Box 268849,
Oklahoma City, OK 73126


Open Trail Inc.
28710 Boerne Stage Road
Boerne, TX 78006

Outreach Health Services
269 West Renner Parkway
Richardson, TX 75080


P.O.CAL-TEX HARLINGEN INC.
Todd Routh
C/O Wells Fargo Bank
P.O. Box 260173
Dallas, TX 75326-0173

Partners in Rehab Therapy Services
4309 N 10th Street Ste E-1
McAllen, TX 78504


Pathology Reference Laboratory, LLC
P.O. Box 2037
San Antonio, TX 78297-2037


Patricia Reis, MT-BC
1456 Stallion Springs Drive
Fischer, TX 78623


Pay Less Garage
901 South F St.
Harlingen, TX 78550


Penn Mutual
P.O. Box 178,
Philadelphia, PA 19105


Performance Therapeutic, Corporate
500 Lindberg Avenue
McAllen, TX 78501


Philips Lifeline
P.O. Box 981009
Boston, MA 02298-1009

Praxair Distribution Inc
P.O. Box 120812
Dept 0812
Dallas, TX 75312-0812


Prestige Therapy Home Care PLLC
4659 Everhart Rd, Suite 102A
Corpus Christi, TX 78411


Primo Medical Supplies
7515 Grissom Rd #107
San Antonio, TX 78251


Principal
711 High Street
Des Moines, IA 50392


Priscilla Marin
1414 Katy Dr.
Eagle Pass, TX 78852


Pro-Ed, Inc.
P.O. Box 678370
Dallas, TX 75267-8370


Probase Advisor
37 N Orange Ave Ste 500
Orlando, FL 32801


Professional Medical Supplies
123 West Commercial Ave
La Feria, TX 78559


Pros On Call, LLC
111 West  Anderson Ln #D200
Austin, TX 78752

Protech Security
4525 N Westgate Dr
Weslaco, TX 78596


Protection One Alarm Monitoring Inc
P.O. BOX 219044
Kansas City, MO 64121


Qs Quality Construction
11965 Crown Royal
El Paso, TX 79936


Quality DME Solutions LLC
1404 East Jasmine Suite C
McAllen, TX 78501


Queen City Lease
310A East Tyler
Harlingen, TX 78550


Quickbooks
5601 Headquarters Dr.
Plano, TX 75024


Quill Corporation
P.O. Box 37600
Philadelphia, PA 19101-0600


Quiroga Properties, LLC
P.O. BOX 1629
Beeville, TX 78104


R.O.C.K. Ride on Center for Kids
P.O. BOX 2422
Georgetown, TX 78627

Rackspace US, Inc.
P.O. Box 730759
Dallas, TX 75373


Redd's Progressive Therapy
25132 Oakhurst Dr. #195
Spring, TX 77386


Reflexion Rehab Services, Inc.
3837 S Padre Island Dr
Corpus Christi, TX 78415


Reliant
P.O. BOX 650475
Dallas, TX 75265


REOC General Partner, LLC
8023 Vantage Drive Ste 1200
San Antonio, TX 78230


Retama Manor Corpus Christi
2322 Morgan Avenue
Corpus Christi, TX 78405


Retama Manor Laredo West
1200 E Lane St,
Laredo, TX 78040


Retama Manor South
 3103 E Airline Rd,
Victoria, TX 77901


RGV Hispanic Chamber of Commerce
3313 N McColl Rd
McAllen, TX 78501

Richards Music Therapy Services
10933 Chippendale Ave
El Paso, TX 79934


Ricoh USA, Inc.
P.O. Box 660342
Dallas, TX 75266


Rio Grande Orthopedic Center
Rick Bassett, MD
1601 Treasure Hills Boulevard
Harlingen, TX 78550


Rio Rehab
5346 E US Highway 83 Unit 2 Bldg A
Rio Grande City, TX 78582


Rio Storage
205 E. P.O.rte Court
Harlingen, TX 78550


Rivas Goldstein, LLP
7035 Bee Cave Rd Suite 200
Austin, TX 79846


River City Partners, Ltd
Bob Hemphill
 815 A-Brazos, PMB 290
Austin, TX 78701


RJMDTS, Inc
dba Therapy Sync
P.O. Box 2093
Midland, TX 79702


RMH Holding, LLC
1802 S. Zapata Hwy.
Laredo, TX 78046

Rockwell Management
10101 Fondren Suite 400
Houston, TX 77096


Ruben  Gonzalez
8505 N 19th St
McAllen, TX 78504


Ruben Garcia. TAS/ADA Certified Inspecto
153 E. 17th St.
Mercedes, TX 78570


Ruben Pena
Law Office of Ruben R. Pena, PC
125 Old Alice Rd
Brownsville, TX 78520


Rydell Sanger, LLC
6801 Sanger Ave Ste 185
Waco, TX 76710


Safeguard Pest Control
P.O. Box 449
La Feria, TX 78559


SAFIRE
11111 Iota
San Antonio, TX 78217


Salesforce.com, Inc.
P.O. Box 203141
Dallas, TX 75320-3141


Sam's Club/Synchrony Bank
P.O. Box 530942
Atlanta, GA 30353-0942

San Antonio Mini Storage
13800 Nacogdoches Rd
San Antonio, TX 78217


Sandstone Executive Plaza LP
6801 Sanger Ave Suite 185
Waco, TX 76710


Santex Truck Centers, Ltd
1380 Ackerman Rd.
San Antonio, TX 78219


Sapphire CAI
P.O. Box 2321
Houston, TX 77252


Security First Credit Union
P.O. Box 4829
McAllen, TX 78502-4829


Senior News, LLC
P.O. Box 23307
Waco, TX 76702


Sierra Springs
P.O. Box 660579
Dallas, TX 75266-0579


Smith Reagan Insurance Agency
P.O. Box 1009
San Benito, TX 78586


Socorro Banda
1415 Maltese St
Edinburg, TX 78539

Sodipe Rehabilitation Consultants
11199 Pelicano Dr.
El Paso, TX 79935


South Texas Home Rehab & Contract Svcs
Joe A. Arroyo
6014 Queen Bass
Corpus Christi, TX 78412


Southwest Visa
Chase Card Services Cardmember Service
P.O. Box 94014
Palatine, IL 60094-4014


Southwestern Music Therapy, LLC
3941 Legacy Dr., Ste. 204-B202
Plano, TX 75023


Spectrum
ity of Industry CA 91716-0074
City of Industry, CA 91716-0074


Spectrum (Corpus)
P. O. Box 60074
City of Industry, CA 91716-0074


Spectrum (Eagle Pass)
P.O. Box 60074
City of Industry, CA 91716-0074


Spectrum (Laredo)
P.O. BOX 60074
City of Industry, CA 91716-0074


Spectrum (San Antonio)
P.O. BOX 60074
City of Industry, CA 91716-0074

Spectrum (SPI)
P.O. BOX 60074
City of Industry, CA 91716-0074


Spectrum (Waco)
P.O. Box 60074
City of Industry, CA 91719-0074


Speed-E'z Exchange & Courier Services
4115 Medical Drive, Suite 205
San Antonio, TX 78229


Speedy Cash/The Money Box
 1114 Lost Creek Blvd., Ste. 125
Austin, TX 78746


Stanton Loans
8172 Alameda Ave. Ste B
El Paso, TX 79915


Starmark
400 Field Drive
Lake Forest, IL 60045-2581


Stephen Williams Music Therapy
701 Pigeon Forge Rd
Pflugerville, TX 78660


Stericycle, Inc.
. P.O. Box 6575
Carol Stream, IL 60197-6575


Stevenson Dental Clinic for Children, PA
11165 La Quinta Place
El Paso, TX 79936

Stevenson's Dental Ark, PLLC
11165 La Quinta Place
El Paso, TX 79936


Stitch Gallery
P.O. Box 2729
Harlingen, TX 78551


Stone River - Pharmacy Solutions
P.O. Box 504591
St. Louis, MO 63150-4591


Storage Depot
2222 South Expressway 83
Harlingen, TX 78552


Strategic Growth, Inc.
5004 Crestway Drive
Austin, TX 78552


Strategic Healthcare Programs LLC
P.O. Box 101019
Atlanta, GA 78731


Stuart C Cox, Chap 13 Trustee
P.O. Box 210
Memphis, TN 30392-1019


Suddenlink Communications
2530 South Midkiff
Midland, TX 79701


Sun Rise Pest Control
31198 Calle Maximillian
Los Fresnos, TX 78566

T-Montana
9434 Viscount Blvd Ste 155
El Paso, TX 79925


T.C.R. - The Best Alarm Inc.
1416 Houston St.
Laredo, TX 78040


Terra Cooling
402 W Washington Ave
Harlingen, TX 78553


Texas Comptroller of Public Accounts
Revenue Accounting Division -Bankr. Sect
P.O. Box 13528 Capitol Station
Austin, TX 78711


Texas Dept of HHS
P.O. Box 13247
Austin, TX 78711-3247


Texas Gas Service
P.O. BOX 219913
Kansas City, MO 64121-9913


Texas Medicaid & Healthcare Partnership
PO Box 200795.
Austin, TX 78720-0795


Texas Windstorm Insurance Assoc.
P.O. Box 99090
Austin, TX 78709-9090


Texas Workforce Commission
P.O. Box 149037
Austin, Texas 78714-9037

Texlab Drug Testing
11501 Cedar Oak Dr.
El Paso, TX 79936


TG
P.O. Box 659601
San Antonio, TX 78265-9601


The Austin Harmony Project, Inc.
1806 W. Stassney Lane Suite #106
Austin, TX 78745


The Belton Journal
P.O. BOX 180
Belton, TX 76513


The Morales Firm PC
115 E. Travis, Suite 1530
San Antonio, TX 78205


The Riding Therapy Center of Victoria
P.O. Box 462
Nursery, TX 77976


Therapro, Inc.
225 Arlington Street Framingham, MA  017
Framingham, MA 01702-8723


Theraputic Horsemanship of El Paso
924 Gato Road
El Paso, TX 79932


Therapy At Home
3130 N 23rd Street
McAllen, TX 78501

Therapy Connections of South Texas
 1001 Louisiana Ave, Ste. 200
Corpus Christi, TX 78404


THHHA
P.O. Box 203878
Austin, TX 78720


Thompson Print & Mailing Solutions
5818 Rocky Point Dr.
San Antonio, TX 78249


Time Warner Cable
P.O. Box 60074
City of Industry, CA 91716-0074


TMobile
P.O. BOX 790047
St. Louis, MO 63179


Toner Pirate
1321 Upland Dr.  #1359
Houston, TX 77043


Total Rec.
9643 Barbwire
San Antonio, TX 78254


Travelers Personal Insurance
P.O. Box 660307
Dallas, TX 75266-0307


Travis Medical
1104 West 34th St.
Austin, TX 78705

Treasury Software Corp
3420 Pump Rd #109
Richmond, VA 23233-1111


Trinity Publications
P.O. Box 140285
Austin, TX 78714-0285


TWC
P.O. Box 149363
Austin, TX 78714-9363


TXU Energy
P.O. Box 650638
Dallas, TX 75265-0638


U S Bank Houston Texas - Indirect Lendin
P.O. Box 790179
St. Louis, MO 63179-0179


Ulises Alejandre
4416 Nashville
El Paso, TX 79903


Unicorn Centers, Inc.
4630 Hamilton Wolfe
San Antonio, TX 78229-3331


Union Standard Insurance Group
P.O. Box 200530
Dallas, TX 75320-0530


United Access
5044-A Doniphan Dr
El Paso, TX 79932

United Healthcare Insurance Company
Dept. CH 10151
Palatine, IL 60055-0151


United States Trustee
615 E. Houston, Suite 533
San Antonio, TX 78205


United Therapy Services
10333 Harwin Dr Suite 668
Houston, TX 77036


US Attorney's Office
Attn: Gary Wright / BKCY
601 NW Loop 410 #600
San Antonio, TX  78216


Valley Baptist Medical Center
P.O. Box 847888
Dallas, TX 75284-7888


Valley Doctors Clinic
864 Central Blvd, Suite 2500
Brownsville, TX 78520


Valley Janitorial Supply Co.
624 W. Tyler Ave.
Harlingen, TX 78550


Valley Radiologists
10567 Sawmill Parkway Suite 100
Powell, OH 43065


Valley Therapy Services
313 N. 9th Street
McAllen, TX 78501

Valware Inc.
P.O. Box 4493 0
Edinburg, TX 78540


Van Ru Credit Corporation
US Department Of Education National Paym
P.O. Box 105081
Atlanta, GA 30348-5081


Verizon Wireless
P.O. Box 660108
Dallas, TX 75266-0108


Villeda Law Group
6316 10th Street, Bldg. B
McAllen, TX 78504


Web Payroll & Tax Solutions LLC
 13526 George Rd, Ste 100
San Antonio, TX 78230


Wells Fargo Financial Leasing
P.O. Box 10306
Des Moines, IA 50306-0306


WI SCTF
Box 74400
Milwaukee, WI 53274-0400


Wright National Flood Insurance Co
P.O. Box 33003
St. Petersburg, FL 33733-8003


Yvonne F Cruz PTA
1565 Mission Bend Dr
Brownsville, TX 78526

Zepol, Inc.
3204 S Sugar Rd
Edinburg, TX 78539


Zirmed, Inc.
1311 Solutions Center
Chicago, IL 60677-1311

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **BRM Home Health, PLLC** | § | Case No. _____ |
| | § | |
| Debtor(s) | § | Chapter __11_____ |

## DECLARATION FOR ELECTRONIC FILING OF
## BANKRUPTCY PETITION AND MASTER MAILING LIST (MATRIX)

### PART I: DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case.  I have read the information provided in the petition and in the lists of creditors to be filed electronically in this case and I HEREBY DECLARE UNDER PENALTY OF PERJURY that the information provided therein, as well as the social security information disclosed in this document, is true and correct.  I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition and lists of creditors have been filed electronically.  I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐    *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts]* --
     I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7.  I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☑    *[Only include if petitioner is a corporation, partnership or limited liability company]* --
     I hereby further declare under penalty of perjury that I have been authorized to file the petition and lists of creditors on behalf of the debtor in this case.

Date: __3/28/2018_____      **/s/ Rodney Mesquias_____**
                              Rodney Mesquias
                              Manager
                              **Complete EIN:  71-0975028_____**

### PART II: DECLARATION OF ATTORNEY:

I declare UNDER PENALTY OF PERJURY that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date: __3/28/2018_____                    **/s/ Thomas Rice_____**
                                                    Thomas Rice, Attorney for Debtor